
FILED
DEC 2 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  PMC  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-2502-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE** |
| MARIA NOEMI BERNAL-VALDIVIA, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the United States' Motion for Reduction of Sentence is GRANTED. Defendant's sentence in this case shall be reduced to 36 months in the custody of the Bureau of Prisons.

IT IS SO ORDERED.

DATED: 12/21/18

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE